# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

William D. Herrin,

Plaintiff,

V.

Allied Servicing Corporation,

Defendant.

CASE NUMBER: 1:20-cv-01439

ASSIGNED JUDGE: Honorable Joan H. Lefkow

DESIGNATED MAGISTRATE JUDGE: Honorable Jeffrey I. Cummings

TO: (Name and address of Defendant)

Allied Servicing Corporation
Melissa Boling, President
3019 N. Argonne Road
Spokane Valley, WA 99212

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Rusty A. Payton
Payton Legal Group
20 North Clark Street
Suite 3300
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Tina Lam*

(By) DEPUTY CLERK



February 27, 2020

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 02-28-2020 at 1:39 PM |
| NAME OF SERVER (PRINT) RON UZETA | TITLE PROCESS SEVER REG. #1582 |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: c/o President Melissa Bolling

at  3019 N. Argonne Rd., Spokane Valley, WA 99212

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $77.60 | TOTAL $77.60 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  03-02-2020
             *Date*          *Signature of Server*

921 N. Adams St., Ste. C, Spokane, WA 99201
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.